1020

[No. 35086-2-I.    Division One.    December 2, 1996.]
THE SNOHOMISH SCHOOL DISTRICT NO. 201,
*Respondent*, v. SPORTEC INTERNATIONAL, INC.,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-05818-9, Kathryn E. Trumbull, J., entered July 14, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.

[No. 38877-1-I.    Division One.    December 2, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. ELNORA
CABLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07147-1, JoAnnne Alumbaugh, J., entered June 21, 1996. *Reversed* by unpublished per curiam opinion.

[No. 13742-2-III.    Division Three.    December 3, 1996.]
*In the Matter of the Detention of* KEITH J. ROGERS,
*Appellant*.

KEITH J. ROGERS, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-2-00616-1, Yancey Reser, J., entered December 21, 1993. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 14634-1-III.    Division Three.    December 3, 1996.]
JOHN PAUL JONES, *Respondent*, v. CECELIA M. BEST,
*as Representative, Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-00145-7, Robert N. Hackett, J., entered January 3, 1995. *Reversed* by unpublished opinion